Form trnoncmp

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: 16−20950 TJC    Chapter: 7

Roland Butler Jr.                                    Dandria Darnelle Butler
Debtor(s)

## NOTICE OF NON−COMPLIANCE
## AND OF POSSIBLE DISMISSAL OF CASE

**WARNING** – The Trustee in your case has notified the Court that the debtor has not provided:

A copy of the Federal income tax return to the trustee pursuant to § 521(e)(2)(A) of Title 11 U.S.C.

Accordingly, you have **14** days from the date of this notice to respond before the Court makes a decision on the dismissal of this case.

**Do not file copies of payment advices or Federal income tax returns with the Court. Payment advices and tax returns are to be provided to the trustee.**

Dated: 9/7/16

Mark A. Neal, Clerk of Court
by Deputy Clerk, Ellen Devine  410−962−4076

cc:   Debtor(s)
      Attorney for Debtor(s) – George S. Ingalls
      Chapter 7 Trustee – Roger Schlossberg
      U.S. Trustee
      All Creditors