IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:

    ROLAND BUTLER, JR. and    \*

    DANDRIA DARNELL BUTLER    \*    Case No. 16-20950

    Debtors    \*    Chapter 7

CONSENT MOTION TO EXTEND DEADLINE
TO FILE COMPLAINTS OBJECTING TO DISCHARGE

The above captioned Debtor(s) hereby requests that this Court enter an order extending the time for all parties-in-interest to file complaint(s) objecting to discharge, and in support states as follows:

1.    The Debtor(s), in exchange for the Trustee's agreement to continue the Section 341 Meting of Creditors for the above captioned case, consents to the entry of an order extending the time for all parties-in-interest to file complaints objecting to the discharge of the Debtor(s).

WHEREFORE, Debtor(s) respectfully requests that the Court enter an Order extending the deadline for all parties-in-interest to file complaints objecting to the discharge of the Debtor(s) for a period of sixty (60) days.

    Respectfully submitted

    /s/ George S. Ingalls_____
    George S. Ingalls, P.A. #02734
    Executive Plaza II, Suite 705
    11350 McCormick Road
    Hunt Valley, MD 21031
    (410)828-7317
    ch713@gsilawfirm.com
    *Attorney for Debtor*

## CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing CONSENT MOTION TO EXTEND DEADLINE TO FILE COMPLAINTS OBJECTING TO DISCHARGE was sent by first class, postage prepaid, or electronically via the CM/ECF system, to all creditors on the attached mailing matrix, the case Trustee and the U.S. Trustee this 14th day of November, 2016

                        /s/ George S. Ingalls_____
                        George S. Ingalls, P.A., *Attorney for Debtor*